**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **CASE NO. 3:24-cr-00020** |
| **Plaintiff,** ) | |
| **v.** ) | |
| ) | |
| **TYLER KESHAWN WHITMORE,** ) | |
| ) | |
| **Defendant.** ) | |

---

**REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY**

---

The Defendant Tyler K. Whitmore ("Defendant"), by consent, appeared before me on April 17, 2025, pursuant to Federal Rule of Criminal Procedure 11, LRCr 1.2. and LRCi 72.3, and has entered a plea of guilty to Count One of the Indictment, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was made knowingly and voluntarily, and that the offense charged was supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

ENTER:

Dated: April 18, 2025

*/s/ G. Alan Teague*
G. ALAN TEAGUE
U.S. MAGISTRATE JUDGE